**APP STORES**

| No. | APP Store | Download Listing | Application Name |
|-----|-----------|------------------|------------------|
| 1 | play.google.com | https://play.google.com/store/apps/details?id=com.xtkj.ble.mydo&hl=en_SG&gl=US | DOLP |
| 2 | apkcombo.com | https://apkcombo.com/folove-remote/com.xiaoteng.ble.folove/ | FOLOVE REMOTE |
| 3 | apkamp.com | https://apkamp.com/com.xiaoteng.ble.folove | FOLOVE REMOTE |
| 4 | apkpure.com | https://m.apkpure.com/cn/dolp/com.xtkj.ble.mydo | DOLP |
| 5 | applion.jp | https://applion.jp/android/app/com.xtkj.ble.mydo/ | DOLP |
| 6 | apps.apple.com | https://apps.apple.com/us/app/folove-remote/id1506465360 | FOLOVE REMOTE |
| 7 | appgrooves.com | https://appgrooves.com/app/dolp-by-adult-funny | DOLP |

| Webpage | Developer | PDF Name |
|---|---|---|
| #NAME? | Xiao Teng | 1. apkcombo.com_FOLOVE REMOTE |
| #NAME? | Xiao Teng | 2. play.google.com_Dolp |
| #NAME? | Xiao Teng | 3. apkamp.com_FOLOVE REMOTE |
| #NAME? | Xiao Teng | 4. apkpure.com_Dolp |
| #NAME? | Xiao Teng | 5. applion.jp_Dolp |
| #NAME? | Adult Funny | 6. apps.apple.com_FOLOVE REMOTE |
| #NAME? | Adult Funny | 7. appgrooves.com_Dolp |

Case 1:22-cv-05035-Document-1 Filed: 11/18/22 Page 3 of 24 PageID #: 472

Save Money on Apps 🗗

Sign Up    Sign In

Are you the owner of this App? To claim your App, click here!

Sign Out



## Dolp
**Adult Funny**



Free

↗ Share    🔖 Save

1.0 ⭐
Ratings

98+
Reviews

---

✨ **Exclusive Partner Offers in Health & Fitness**    See All



**Free Keto...**

Functional Candy For
FREE

SEE MORE

ⓘ About Dolp    ⌄

---

⭐ **Ratings & Reviews**    ⌃

**1.0**
⭐⭐⭐⭐⭐
98+ Ratings

| | | |
|---|---|---|
| 5 | | 9+% |
| 4 | | 8+% |
| 3 | | 3+% |
| 2 | | 5+% |
| 1 | | 74+% |

Filter Reviews    ✏ Write a Review

All   Positive   Negative   💬 Community   💬 Expert

5 ⭐   4 ⭐   3 ⭐   2 ⭐   1 ⭐

✏ Write a Review

$ **Start Saving with Free Coupons Delivered Daily!**

Your email address    SUBSCRIBE

You can opt out anytime    Terms of Service | Privacy Policy

Case 1:22-cv-05035-Document Filed 11/18/22 Page 4 of 24 PageID #: 473



Subscribe to read reviews, similar apps, recommendations, and more!

| Sign Up | Sign In |
|---------|---------|

Your email address

**SIGN UP**

or continue with

Facebook     G Google

We will **never** share or sell your data with third parties. You can opt out anytime.

Terms of Service | Privacy Policy

Apps & Games  ›  Health & Fitness  ›  Adult Funny  ›  Dolp

## Save Money on Apps & Games

### Popular Coupon Categories ⌄

| | | | |
|---|---|---|---|
| Food Delivery Apps | Plane Ticket Apps | Jewelry Apps | Furniture & Home Decor Apps |
| Grocery Delivery Apps | Car Rental Apps | Gas Station Apps | Men's Clothing Apps |
| Home Essential Apps | Hotel Booking Apps | Shoe Shopping Apps | Home Improvement Apps |
| Women's Clothing Apps | Makeup & Beauty Apps | Electronics Apps | Ride Sharing Apps |
| Pet Supply Apps | Kid's Clothing Apps | Office Supply Apps | Meal Kit Delivery Apps |
| | | | School Supply Apps |

### Other Coupon Categories ⌃

### Life Goals ⌃

### Apps & Games ⌃

Have a suggestion? Contact Us

### Don't miss our updates!

f   𝕏   Instagram   Pinterest   YouTube   LinkedIn

About AppGrooves     How to Save Money with AppGrooves

About Coupons     Advertising & Partnerships

Copyright © AppGrooves, 2017 - 2022



2022/11/17 14:34 Case 1:22-cv-05035-Document Filed 11/18/22 Page 5 of 24 PageID #: 474


### Start Saving with Free Coupons Delivered Daily!

| Your email address | SUBSCRIBE |
|---|---|

You can opt out anytime                    Terms of Service | Privacy Policy

https://apps.apple.com/us/app/folove-remote/id1506465469

1/9



# App Store Preview

Open the Mac App Store to buy and download apps.



**FOLOVE REMOTE** 17+

Adult Funny

Designed for iPad

★★★★★ 2.4 • 53 Ratings

Free



View in Mac App Store ↗

## Screenshots

iPad    iPhone

Touch

Sound

Folove Remote provides a way of intelligent control of interest products.
App connects to the device through Bluetooth, and then controls the device through mobile app.
You can customize a model you like, and have a physical examination that you have never felt before.
-------------------------------------------------------
FOLOVE REMOTE 提供一种智能控制情趣用品的方式。 more

## What’s New

Version History

Version 1.1.18
1. Some bugs fixed.
2. user experience imporved

## Ratings and Reviews

See All

# Information

Privacy practices may vary, for example, based on the features you use or your age. Learn More



### Data Not Collected

The developer does not collect any data from this app.

## App Privacy

See Details

The developer, **Adult Funny**, indicated that the app's privacy practices may include handling of data as described below. For more information, see the developer's privacy policy.

★★★★★

**Unable to use device without logging i...**

Mentisat32, 05/01/2022

You need to create an account and login to control device via Bluetooth. Sadly majority of the time you are unable to login meaning you can't use the dev... more

★★★★★

**It's just ok.......**

Clio_217, 11/28/2021

It kept disconnecting and then reconnecting. I was able to add my friend to it fine. I used it with a friend who lives an hour from me. It worked but it we... more



**2.4**

out of 5

53 Ratings

★★★★★

https://apps.apple.com/us/app/folove-remote/id1506465847

4/6

App Support ↗

**Price**
Free

**Copyright**
© FOLOVE

**Age Rating**
17+
Infrequent/Mild Sexual Content and Nudity
Frequent/Intense Mature/Suggestive Themes

**Languages**
English, Dutch, French, German, Italian, Japanese, Portuguese, Russian, Simplified Chinese, Spanish

**Mac**
Requires macOS 11.0 or later and a Mac with Apple M1 chip or later.

**iPod touch**
Requires iOS 10.0 or later.

**iPad**
Requires iPadOS 10.0 or later.

**iPhone**
Requires iOS 10.0 or later.

**Compatibility**

**Category**
Utilities

**Size**
57 MB

**Seller**
Adult Funny

Privacy Policy ↗

## More By This Developer

See All

Esptouch
Utilities

ViVi Robot
Utilities

Dolp
Health & Fitness

DoHome
Lifestyle

## You Might Also Like

See All

LookCamPro
Utilities

Man Nuo
Utilities

Sapphire Global WiFi
Utilities

HDlivecam
Utilities

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2022 Apple Inc. All rights reserved. Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map    Choose your country or region

Case: 1:22-cv-05835 Document #: 25 Filed: 11/18/22 Page 10 of 24 PageID #:479

Case: 1:22-cv-05835 Document #: 25 Filed: 11/18/22 Page 11 of 24 PageID #:480

アプリオンは、世界のアプリランキングや口コミから、おすすめアプリをまとめている人気アプリ探しサイトです。

人気アプリを探すなら APPLION 300万アプリ

急上昇 ノハナ年賀状 | 台北捷運go | karwa taxi | 一蘭公式アプリ | skyview | 楽天市場 | クリスマス | 三井住友銀行 | outlo

アプリ検索 検索

初登場アプリ 7 件 | 月間新作アプリ 46,403 件 | 設定 | 履歴

iPhone | iPad | Android

新作・人気 | 検索 | 世界ランキング | 特集 | セール・値下げ

新作の無料便利アプリ > 無料アプリ ランキング > アプリ > 健康&フィットネス > Dolp

# Dolp [Android]

「Dolp」は、Xiao Tengが配信するヘルスケアアプリです。

Dolp
Xiao Teng
無料 Android対応 健康&フィットネス

60 Trend

GooglePlayでチェック！

アプリ | 口コミ・評価 | 画像ギャラリー | 類似アプリ | ランキング推移

Touch
Loop
Float
Save
Music
My Special One
Bang Gang
00:09
04:06

## Dolpは、あなたの人生をより面白くします

「Dolp」は、Xiao Tengが配信するヘルスケアアプリです。

健康&フィットネス

### このアプリの話題とニュース

- 10万ダウンロード突破！
- 200人を超える、評価・クチコミ投稿者数となっています。(11/17)
- 新バージョン1.2.5が配信開始。新機能や改善アップデートがされています。

### 最新更新情報

version1.2.5が、2021年7月29日(木)にリリース
Fix file save bug, improve user experience.

### 使い方や遊び方

ドルプはあなたのための毎日の情熱、人間のデザインと刺激的な遊びに火をつけて、あなたに素晴らしい気分を楽しませます。この製品には、さまざまな場面で使用できるさまざまな演奏方法があります。

### 紹介ムービー＆プレイ動画

Dolp will enable you to fully control the advanced features of your vibrator through your Bluetooth enabled smartphone.
It' s the world' s first flexible vibrator created to give the user a completely personalised pleasure experience.

Dolp (BLUE DEVICE)

え!?
潤滑ゼリーとローションって
性交痛のうるおい
専用の潤滑ゼリー
『リューブゼリー』
やさしいうるおい
病産院でも推奨。
性交痛には水溶性の潤滑ゼリー
「リューブゼリー」

新着おすすめアプリ

- ¥1,350→¥940 ：海賊船団の船長となり、交易をしながら船を強化し、他勢力や巨大海洋生物と戦う、海賊3DアクションRPG『Tempest（テンペスト：海賊アクションRPG)』が期間限定値下げ！ 2022年11月16日 00:50
- 極彩色のコラージュ世界の謎を解き明かしていく、アートなエスケープルームゲーム『DreamlessRoom』が無料ゲームの注目トレンドに 2022年11月15日 13:00
- 瞳を「ぐるぐる目」にしてくれる、可愛い顔写真に加工できる自撮り美肌カメラ『美顔相機』が無料アプリのマーケットトレンドに 2022年11月16日 11:00
- 【新作】コマンド入力無しで、ボタンを押すだけでコンボが繋がり、必殺技が繰り出せる、スマホ特化したKOF対戦格闘ゲーム『The King of Fighters ARENA』のAndroid版がリリース！ 2022年11月16日 21:00
- 【新作】大空を舞台に戦闘機を操縦士、ドッグファイトで敵機を撃墜していく、3Dフライトシューティングゲーム『エアバトルミッション』のAndroid版が登場！ 2022年11月14日 20:00

新着おすすめアプリ >

注目まとめ

- ファミコン好きに伝えたいスマホで出来るファミコン系ゲームアプリまとめ1（Androidアプリ）
- 一人暮らしを始めたら使いたいおすすめ便利アプリ（Androidアプリ）
- 「Google Play Awards 2016」に選ばれたAndroid優秀アプリ全50作品を一挙にご紹介します！

※この数値はDoiの各ユーザー一覧統計ーータに基づいて算出しています。

| アクティブ率 | — | | ユーザーリテンション | — |

● 期待値・アクティブユーザー分析

| 評価 iOS 6.0 | レビュー 3.0M | 容量 | アプリ内課金 なし | 更新日 2021/07/29 | インストール数 ~100,000 |

◆ 仕様・スペック

■ 基本情報



● 過去7日間のランキング推移

| 総合（無料） | アプリ（無料） | ゲーム（無料） |
| — | — | — |

※この数値はDolpのAndroidアプリランキングから、初期表示のアプリカテゴリ毎のSNSやインターネットの人気推定分析しています。

● 過去7日間のランキングキャッチの星別レビュー推移

3.1 ★★★★★

| 5つ星 | 87 |
| 4つ星 | 69 |
| 3つ星 | 10 |
| 2つ星 | 12 |
| 1つ星 | 83 |

● カスタマーレビュー・評価

● GooglePlayでチェック！




● このゲームのカテゴリを見ているユーザー

< 無料ゲームアプリランキング >



ロジックパーナー～頭の体操ゲーム
GSamesroc
無料 [パズルゲーム]

謎解きのナイス3：ピクロ曲…
AMANOTES PTE LTD
無料 [単語ゲーム]

混雑車場パズル：ドライブアウ…
Joymaster Studio
無料 [ミニゲーム]

パズルパズル
37GAMES
無料 [ゲームパズルゲーム]

圏刻トビ：ブロックゲーム・ナンバー
SUPERBOXInc
無料 [パズルゲーム]

● おすすめ無料Androidゲーム >

ん？！
王様のランチで認定された
おすすめアプリまとめ (Androi)
アプリ

アプリまとめ
セール・無料で職業に役立つ

2022/11/17 13:53  [Dolp] - Androidアプリ | APPLION

利用者の属性・世代

実におもしろい

※デモグラフィックデータを元にユーザー層の性別や年齢分布などを考慮して推定しています。

ネット話題指数

100
90
70
60
50
40
30
20
10
0
19 20 21 22 23 24 25 26 27 28 29 30 31 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17

シェアする | ツイートする

GooglePlayでチェック！

開発会社の配信タイトル

Xiao Tengのアプリ一覧

このアプリと同一カテゴリのランキング

無料 健康&フィットネスアプリランキング

無料 アプリ部門ランキング

Buy Points
and we'll give you more

TOP | iPhone 新作・人気 | iPad 新作・人気 | Android 新作・人気 | アプリ検索 | 特集 | アプリセール | Androidアプリ売上ランキング | 世界アプリランキング | APPLIONとは

Copyright APPLION All Rights Reserved.

https://m.apkpure.com/cn/dolp/com.xtk.ble.mydo



1/3



**.APK**

V1.2.5

**.APK**

V1.2.4

Historical version

Report: Report inappropriate content

Available on:  Google Play

System requirements: Android 6.0+

Submitted by: Quản Anh Nguyễn

Updated: 2021-07-29

Latest version: 1.2.5 ⊙

Category: Free Health & Fitness app

**More information**

Health & Fitness

**Dolp tags**

2021.07.30

Fix file save bug, improve user experience.

**Dolp 1.2.5 update**




Dolp ignites passion for you every day, and the humanized design and wonderful play make you enjoy the wonderful feeling. This product has a variety of playback methods and can be used in different occasions.

**Dolp**



Get the latest version of Dolp

Download the APKPure APP

Download

0.0

0 reviews

0 comments

How to install XAPK / APK files

Download APK

Xiao Teng

1.2.5 for Android

Dolp

Home»Apps»Health & Fitness»Dolp

Download the Android version of Dolp



2022/11/17 11:58

https://m.apkpure.com/cn/dolphin/com.xdj.ble.mydo

产品信息     开发者     关于我们

APK 客姿态簇     开发者平台     我们的使命

APK 签名校验器     联系我们

提交APK     联系我们(1)

业务合作

**Apkpure**

极物你信 及你的发

搜索输入中...

### 24 小时热门游戏

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Google Play Store 7.5 | A global... FastOpen - 8.3 | Instagram 6.6 | MOON: Anti Bloki... 10.0 | Twitter 6.5 | YouTube 7.7 | Telegram 8.7 | WhatsApp Messenger 8.0 | Facebook 5.1 | Google Chrome... 7.9 |

### 猜你喜欢

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ジャ口グ 8.8 | Google 地图 6.3 | Speedtest - 速度测试 9.1 | Garena Free Fire... 6.6 | PUBG MOBILE 8.7 | Disney+ 5.0 | 微信读书 6.5 | Dropbox: Secure Clo... 8.9 | Zepp Life (原小米运动) 7.7 | Microsoft Edge 网络... 9.1 |

### More applications for Xiao Teng developers

FOLOVE REMOTE 0.0

### Dolp related applications

| YUNMAI 0.0 | Vibrax: Vibrator... 0.0 | VitaDock+ for Conn... 0.0 | AppClose - co-... 10.0 | OurFamilyW Co-Pare... 8.0 | Musicbee Remote 0.0 |
|---|---|---|---|---|---|

Dolp    V1.2.3    .APK    2021-04-22    3.4 MB

Dolp    V1.2.0    .APK    October 22, 2020    3.4 MB

3.0 MB

3.1 MB

Download the Android version of Dolp

2022/11/17 11:58

CN

© 2014-2022 APKPure 版权所有 | 隐私政策 | DMCA | 条款

https://apkamp.com/com.xiaoteng.btelolove

# Apk AMP

Download Android Apps & Games Apk Free - The Accelerated Mobile Pages

Home    Apps    Games    Popular Apps    Popular Games

Advertisement

Home > Apps > Tools > FOLOVE REMOTE



**FOLOVE REMOTE**

You can control your vibrator well through the app.

1.9 / 5

| | | |
|---|---|---|
| **Developer :** Xiao Teng | **Version :** 1.2.0 | **Category :** Tools |
| **Update :** May 10, 2022 | **Requirements :** Android 6.0+ | **Content Rating :** Everyone |
| **Installs :** 10,000+ | | |



**DOWNLOAD APK (13.84 MB)**



## POPULAR TAGS

Cartoon HD    Car driving games

Camera    Buggy games

Beat Street    Antiviru    Anime games



## POPULAR APPS

 Proton VPN:     QRScanner -    Virus Cleane

 AntiMe    Amazon Fire     TV Control f

 Bravo Boost    Bingo Clean     Move to iOS

 Superb Clea     Cast for Chr     My Spectru

MORE »

## POPULAR NEW APPS

 TiviMate Co     Great Cleane     Antivirus Cle

 TV Control f    Cast for Chr    Call Recorde

 AntiMe     Cast TV - Ca     Speed Boost

AntVirus    AT&T Active    AVG Antiviru

Music Downl

MORE »

https://apkkamp.com/com.xiaoteng.ble.folove

2/3

FOLOVE REMOTE is a bluetooth device control app, multiple control modes are available:

1. Touch Mode: App controls the device to vibrate at different frequencies depending on where the finger touches the screen.

2. Sound Mode: App controls the vibration of the device according to the sound decibel size of the environment. The sound decibel is high and the vibration is strong, and the sound decibel is small and the vibration is weak.

3. Music Mode: App controls the vibration of the device according to the frequency and tone of the playing music, and can select single, loop or random to play music.

4. Cloud Mode: Vibration pattern files shared by others. You can download them to your phone. And play them can control the device to vibrate and experience the vibration pattern of others. The patterns you share will also be displayed here.

5. My Patterns: Provides nine classic vibration patterns, the vibration patterns you saved and downloaded from the cloud are also stored here.

6. Remote Mode: Click "+" in the top right corner, input your friend's account (username) and request content, then click "Send" button. After waiting for the friend to pass the verification, the friend will be displayed in the list. When chatting, it supports multiple functions (including text, picture, voice, vibration pattern, remote control, audio and video calls, etc.).

7. My Setting
-- Click the avatar: Select your avatar.
-- Vibration Point Selection: Select the location point where the device needs to be vibrated (G point or C point or both). If there is no multi-point selection, please use the default setting to G + C point.
-- Vibration of C/G: Let the vibration intensity of C point be the percentage of G point. Use the default settings when there is no multi-point selection.
-- Device LED: In the app connecting state, turn on or off the device work light.
-- Turn off device: In the app connecting state, the device can be turning off directly.
-- Device power: Displays the current power of the battery.
-- Change password: Change the login password of the current account.

**Advertisement**



Download FOLOVE REMOTE APK latest version App by Xiao Teng for android devices

2022/11/17 11:56

Chatting · Emulator · Extractor
Facetime · Fifa 2018 · GPS Tracker
Keyboard · Launcher · Live Streaming
Motorbike games · Pes 2018
Photo editor · Pokemon games
Robot fighting games · SMS
Spiderman games · TV · VPN
VR games · Wallpapers · Wear
Weather · Web Browser · Wwe games
mario games

Copyright © 2018 Apk AMP All Right Reserved.

Language: English

| WEB TOOLS | TOP ANDROID APPS | TOP ANDROID GAMES |
|---|---|---|
| APK Downloader | MT Manager | Fate/Grand Order (English) |
| Contact us | Google Play Store | FIFA Soccer |
| Terms of Use | DU Recorder | Dream League Soccer |
| Privacy Policy | ES File Explorer | Subway Surfers |
| DMCA Disclaimer | YouTube Go | Stumble Guys |
| | Google Play services | RULES OF SURVIVAL |
| | Android Auto | Roblox |
| | Hik-Connect | Brawl Stars |
| | Netflix | eFootball™ 2023 |
| | YY | ARMA 3 : Mobile Online |



**Recommended**

| TeamViewer Remote Control | AirMirror: Remote control | Unified Remote |
| Unitron Remote Plus | Remote Mouse | HANSATON stream remote |
| Webkey: Android remote control | Hismith | Enjox Remote |
| NaughtyKit - Remote Vibrator Control | Lovense Remote | Dolp |

2022-10-21 / 2022-08-03 / 2022-01-16
2022-09-28 / 2022-10-25 / 2022-09-28
2021-04-19 / 2022-09-27 / 2021-07-06
2021-04-03 / 2022-10-13 / 2021-07-29

Note: when using app to connect to a device, the app must be authorized to Bluetooth and location permissions before the app can scan and connect to the device.



Google Play

Games Apps Movies & TV Books Children

▷ Trailer

# Dolp

Xiao Teng

| 1.8★ | 100K+ | E |
|---|---|---|
| 331 reviews | Downloads | Everyone ⓘ |

Install

Add to wishlist

Touch
Loop
Float
Save

Music
My Special One

## About this app

Dolp ignite passion for you every day, human design and exciting play, let you enjoy the wonderful feeling. This product has a variety of playing methods that can be used on different occasions.

**Updated on**

29 Jul 2021

Health & Fitness

## Data safety

https://play.google.com/store/apps/details?id=com.dojoapp.dojo&hl=en_GB&gl=US

# Similar apps

Perfit
Vibrava Labs
★ 4.4

Vibrava: Vibrator App
Vibrava Labs
★ 3.3

Bipolar UK Mood Tracker
Bipolar UK
★ 4.7

Kegel Exercises for Women
FEMOMETER LIMITED

## Developer contact

## What's new

Fix file save bug, improve user experience.

See all reviews

★★★★★ 16 October 2022

emma bayliss

This app actully worked, was quite suprised but was a bit difficult connecting via Bluetooth as it kept disconnecting from the phone when it was far from the toy so you have to keep it close to the toy for it to keep the connection.

22 people found this review helpful

Did you find this helpful?   Yes   No

★ 22 May 2020

Otter Matt

Not sure it even let me log on properly in the first place, it looks to be a far more social app that I'd like, and it won't let me add friends, which in Covid is exactly it's intended use. Works great for personal use through the app from what I can tell but I really wanted my partner a state a way to be able to control it...

9 people found this review helpful

Did you find this helpful?   Yes   No

★ 22 February 2021

Blade Roza (WitchsBlackCat)

App issues.... Good alone, but I was adding someone then we had to go through to freaking add each other. When O finally added someone, she tried to "instant connect." And I received a pop up but then swiped it away by accident and it never returned claiming on her end "still waiting on confirmation" As well, the all seems to be "too long" For our phones. For vibrations, I barely can see the save button see the play buttons for music.

1 person found this review helpful

Did you find this helpful?   Yes   No

# Ratings and reviews

ⓘ Ratings and reviews are verified

1.8
★★
331 reviews

5
4
3
2
1

Dojo – Apps on Google Play

Google Play

Games   Apps   Movies & TV   Books   Children

Terms of service  Privacy  About Google Play  Developers  Google Store   United States (English (Singapore))

Family sharing

Parent guide

Children and family

Refund policy

Redeem

Gift cards

Play Points

Play Pass

Google Play

Games   Apps   Movies & TV   Books   Children

  

Google Play

APKCombo

Advertisement

Android Emulator for PC

Play the best Android Games on PC with Android Gaming Emulator

Download Now!

APKCombo > Apps > Tools > FOLOVE REMOTE

# FOLOVE REMOTE

1.2.0

Xiao Teng

Download APK (53 MB)

Play On Windows PC

Download APK (53 MB)

You can control your vibrator well through the app.

Description | Old Versions | Tools

Advertisement

Android Emulator for PC

Play the best Android Games on PC with Android Gaming Emulator

Download Now!

## LATEST VERSION

| | |
|---|---|
| Version<br>1.2.0 (20) | Update<br>Jul 6, 2022 |
| Developer<br>Xiao Teng | Category<br>Tools |
| Google Play ID<br>com.xiaoteng.ble.folove | Installs<br>50,000+ |

## APP APKS

FOLOVE APK

## FOLOVE REMOTE APP

LD Player - #1 Android Emulator
The Best Android Emulator for PC
FREE DOWNLOAD >

## APPS · HOT

- LMC8.4 — Hasli · Photography
- GCash — Mynt - Globe Fintech Innovations · Fin...
- Messenger — Meta Platforms, Inc. · Communication
- Loklok — Lok Studio · Entertainment
- Google Play Store — Google LLC · Tools

SEE MORE >

## POPULAR

- HappyMod — AIO TEAM · Tools
- Aptoide — Aptoide.com · Tools
- TutuApp — TutuApp · Tools
- Google Account Manager — Google · Tools
- KingRoot — KingRoot Studio · Tools
- Uptodown — Uptodown Technologies SL · Tools
- Nicoo — NAVIEMU · Tools

Case: 1:22-cv-05835 Document #: 25 Filed: 11/18/22 Page 24 of 24 PageID #:493



FOLOVE REMOTE is a bluetooth device control app, multiple control modes are available:

1. Touch Mode: App controls the device to vibrate at different frequencies depending on where the finger touches the screen.

2. Sound Mode: App controls the vibration of the device according to the sound decibel size of the environment.

READ MORE ∨

Download APK (53 MB)

**OLD VERSIONS**

FOLOVE REMOTE 1.2.0   APK   XAPK
Jul 6, 2022 · Android 6.0+

FOLOVE REMOTE 1.1.5   APK
Dec 4, 2021 · Android 6.0+

FOLOVE REMOTE 1.1.2   APK
Jul 12, 2021 · Android 6.0+

SEE MORE ›

**TRENDING SEARCHES**

nintendo switch online | yowhatsapp | iptv smarters pro | instapro | netflix

gb whatsapp | mt manager | youtube vanced | ytv player | dual space pro

google play store | argo vpn | facebook lite | telemundo | rumble | squid buddy

outline vpn | spotify | instagram | whatsapp

SEE MORE ›

**YOU MAY ALSO LIKE**

videoder apk   thai apk

gold whatsapp apk download

apk download video tiktok   ps touch apk

omegle apk   jio tv apk   tiktok asia apk

gcam app apk   rummy culture apk

Search APK    Search

**APKCombo Installer**
How to install XAPK, APKS, OBB?

SEE MORE ›

Joloy
joloyteam · Tools

Google Play services
Google LLC · Tools

Aurora Store
Aurora OSS · Tools

SEE MORE ›

© 2018-2022 APKCombo | About Us | Term of Use | Privacy Policy | DMCA Disclaimer | Contact Us | Chrome Extension | APKCombo VPN | Google Trending |

Maven Repository | TikTok Downloader | APKFlash | Latest Updates (RSS) | New Releases (RSS)

FOLOVE REMOTE APK (Android App) - Free Download

2022/11/11 16:33