IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Danxiao Information Technology Ltd., Shenzhen Love Sense Technology Co. Ltd., and Shenzhen Aigan Technology Co. Ltd., (collectively d/b/a "Lovense"), <br><br> Plaintiffs, <br><br> v. <br><br> Shenzhen Xiaoteng Technology Limited and the Entities Listed on Exhibit A, <br><br> Defendants. | Case No. 22-cv-5835 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge Jeffrey I. Cummings** |

## MOTION FOR ENTRY OF DEFAULT

Plaintiff Danxiao Information Technology Ltd., Shenzhen Love Sense Technology Co. Ltd., and Shenzhen Aigan Technology Co. Ltd., (d/b/a "Lovense" or "Plaintiff"), move this Court for entry of a default judgment (the "Motion") as to entities listed on the Amended Exhibit A (the "Defendants"), a copy of which is attached hereto, upon the Third Amended Complaint (Dkt. #77) heretofore filed and served upon Defendants on or before February 2, 2024, in accordance with the provisions of Federal Rule of Civil Procedure 55(b)(2), and in support thereof shows the Court the following:

### RELEVANT BACKGROUND

1.  On October 9, 2023, Plaintiff filed its Third Amended Complaint (the "Amended Complaint")[1] against Defendants alleging claims for (i) copyright infringement; (ii) design patent

---

[1] On July 21, 2023 (Dkt. #69), this Court entered a Default Judgment against Defendant Shenzhen

1

infringement; (iii) trademark infringement; (iv) false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a)(1)(A); and (v) unfair competition under Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2 (a)(2).

2. Plaintiff served each of the Defendants listed on Amended Exhibit A on or before February 2, 2024 (Dkt. #96).

3. As of the date of this Motion, all Defendants with whom the Plaintiff was unable to serve or with whom Plaintiff has reached a settlement agreement have been dismissed from the Case and are not listed on Amended Exhibit A or subject to this Motion.

4. Defendants' answers to Plaintiff's Amended Complaint was due on February 22, 2024. Defendants have failed to answer or file a motion for time extension to file its answer to the Amended Complaint and are in default.

## DISCUSSION

A defendant defaults in an action when it fails to file an appearance, an answer or otherwise respond to the plaintiff's complaint within the allotted time. 735 ILCS 5/2-1301(d). Here, Plaintiff filed its Amended Complaint on October 9, 2023, and served a copy of the Amended Complaint and summons on each of the Defendants on or before February 2, 2024. Defendants' answers were due on February 23, 2023. As of the filing of this Motion, Defendants have not answered Plaintiff's Amended Complaint, filed a motion for an extension of time, or appeared in this Case.

---

Xiaoteng Technology Limited. Plaintiff filed the Third Amended Complaint against webstores and websites that continued to infringe its intellectual property, including many who appeared to be associated with Shenzhen Xiaoteng Technology Limited.

WHEREFORE, Plaintiff respectfully requests entry of an order (i) directing the Clerk to enter the default against the Defendants, and (ii) granting such other and further relief as the Court deems just under the circumstances.

Dated February 23, 2024

Respectfully submitted by:

/s/ Patrick m. Jones
One of the Attorneys for the Plaintiff

**AEGIS LAW**

Patrick M. Jones (IL #6271256)
Manon Lemonnier
Willis Tower
233 South Wacker Drive, 44th Floor
Chicago, Illinois 60606
Tel: (312) 329-0010
Email: pjones@aegislaw.com
Email: mlemonnier@aegislaw.com